# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **MICHAEL F. ABRAMS** | **CASE NO: 3:13CV137** |
| **664 MEADOW STREET** | |
| **MARION, OH 43302** | **JUDGE JACK ZOUHARY** |
| | |
| **JESSE ABRAMS** | |
| **450 LEE STREET** | |
| **MARION, OH 43302** | |
| | |
| **TAMARA ABRAMS** | |
| **450 LEE STREET** | |
| **MARION, OH 43302** | **FIRST AMENDED COMPLAINT** |
| | |
| **ANGELA J. ALLEN** | |
| **334 NORTH GREENWOOD AVE.,** | **JURY DEMAND ENDORSED HEREON** |
| **APT. A** | |
| **MARION, OH 43302** | |
| | |
| **JOHN AMOS** | |
| **707 BENNETT STREET APT. 2** | |
| **MARION, OH 43302** | |
| | |
| **HARRY AYERS, III** | |
| **111 WEST CALDWELL** | |
| **LAPLATA, MO 63549** | |
| | |
| **LYNDSEY AYERS, III** | |
| **111 WEST CALDWELL** | |
| **LAPLATA, MO 63549** | |
| | |
| **BRANDON BAILEY** | |
| **1080 WOODWIND DRIVE** | |
| **TALBOTT, TN 37877** | |
| | |
| **ARIEL BAILEY** | |
| **1080 WOODWIND DRIVE** | |
| **TALBOTT, TN 37877** | |

**CONNIE J. BAKER**
**267 MALO DRIVE**
**MARION, OH 43302**

**CHARLES M. BAKER**
**267 MALO DRIVE**
**MARION, OH 43302**

**DEBRA BAKER**
**801 DAFFODIL DRIVE**
**MARION, OH 43302**

**KEVIN BALLARD**
**437 EVANS ROAD**
**MARION, OH  43302**

**BRIAN BALLINGER**
**452 SWISS DRIVE**
**MARION, OH 43302**

**MICHAEL BALLINGER**
**1235 FAIRWOOD AVENUE**
**MARION, OH 43302**

**CODY BALLINGER, A MINOR, BY**
**AND THROUGH HIS LEGAL**
**GUARDIAN AND NEXT FRIEND**
**JENNIFER SCHENK**
**452 SWISS DRIVE**
**MARION, OH 43302**

**KAIDEN BALLINGER, A MINOR, BY**
**AND THROUGH HIS LEGAL**
**GUARDIAN AND NEXT FRIEND**
**JENNIFER SCHENK**
**452 SWISS DRIVE**
**MARION, OH 43302**

**TRENTON BALLINGER, A MINOR, BY**
**AND THROUGH HIS LEGAL**
**GUARDIAN AND NEXT FRIEND**
**JACQUELINE SCHENK**
**1235 FAIRWOOD AVENUE**
**MARION, OH 43302**

2

KIM BARNETT |
333 OLNEY AVENUE |
MARION, OH 43302 |
|
AMANDA BARTON |
801 UNDERWOOD AVENUE, S. |
MARION, OH 43302 |
|
BUFFY BAY |
289 CHICAGO AVENUE |
MARION, OH 43302 |
|
SARAH L. BAYLES |
434 SOUTH VINE STREET |
MARION, OH 43302 |
|
CORRINA BEATTY |
987 DREXEL AVENUE |
MARION, OH 43302 |
|
CATHERINE BELL |
846 BELLEFONTAINE AVENUE |
MARION, OH 43302 |
|
ANISHA BELTZ |
289 CHICAGO AVENUE |
MARION, OH 43302 |
|
DUSTIN BELTZ |
2702 EAST DRIVE |
MARION, OH 43302 |
|
JACOB BELTZ |
289 CHICAGO AVENUE |
MARION, OH 43302 |
|
JERRY BENSON |
816 SAVANNAH DRIVE |
MARION, OH 43302 |
|
ANGELA BIRD |
436 CHERRY STREET |
MARION, OH 43302 |
|
|

CHANTELLE BLACKBURN |
779 BLAINE AVENUE |
MARION, OH 43302 |
|
DENZIL BLANTON |
849 DAVIDS STREET |
MARION, OH 43302 |
|
DENVER BLANTON |
849 DAVIDS STREET |
MARION, OH 43302 |
|
TASHA BLANTON |
510 DARLINGTON COURT |
MARION, OH 43302 |
|
BRYNDAN M. BLANTON, A MINOR, |
BY AND THROUGH HIS LEGAL |
GUARDIAN AND NEXT FRIEND |
TASHA BLANTON |
510 DARLINGTON COURT |
MARION, OH 43302 |
|
LUELLA BLANTON |
775 SAVANNAH DRIVE |
MARION, OH 43302 |
|
BETH BOSTIC |
786 GILL AVENUE |
MARION, OH 43302 |
|
LOU ANN BOSTIC |
380 MONROE STREET |
MARION, OH 43302 |
|
BROOKE BOWEN, A MINOR, BY AND |
THROUGH HER LEGAL GUARDIAN |
AND NEXT FRIEND CHRISTY |
PARKER |
764 FAIRFIELD STREET |
MARION, OH 43302 |
|
JACQUELINE BOWERS |
794 SHERIDAN ROAD |
MARION, OH 43302 |
|

4

**RONALD BOWERS**                                    |
**794 SHERIDAN ROAD**                                |
**MARION, OH 43302**                                 |
                                                     |
**THOMAS BOWLING**                                   |
**444 GIRARD AVENUE**                                |
**MARION, OH 43302**                                 |
                                                     |
**BROCK BOWLING, A MINOR, BY AND**                   |
**THROUGH HIS LEGAL GUARDIAN**                       |
**AND NEXT FRIEND THOMAS**                           |
**BOWLING**                                          |
**444 GIRAD AVENUE**                                 |
**MARION, OH 43302**                                 |
                                                     |
**KENNETH BRAMMER**                                  |
**363 WHITMORE AVENUE**                              |
**MARION, OH 43302**                                 |
                                                     |
**TIFFANY BRANTINGHAM**                              |
**690 MEADOW STREET**                                |
**MARION, OH 43302**                                 |
                                                     |
**MIRANDA BREECE**                                   |
**642 CHERRY STREET**                                |
**MARION, OH 43302**                                 |
                                                     |
**JACOB BREWER**                                     |
**323 SOUTH VINE STREET**                            |
**MARION, OH 43302**                                 |
                                                     |
**JILL BREWER**                                      |
**323 SOUTH VINE STREET**                            |
**MARION, OH 43302**                                 |
                                                     |
**PHILLIP BREWER**                                   |
**331 SOUTH VINE STREET**                            |
**MARION, OH 43302**                                 |
                                                     |
**JOSHUA BRITTON**                                   |
**269 EAST GEORGE STREET**                           |
**MARION, OH 43302**                                 |
                                                     |
**CHARLIE BROWN**                                    |
**484 SOUTH PROSPECT**                               |
**MARION, OH 43302**                                 |

5

ROBERT BROWN                                  |
1 CLEVELAND COURT                             |
MARION, OH 43302                              |
                                              |
ERVIN BROWN                                   |
481½R PARK BOULEVARD                          |
MARION, OH 43302                              |
                                              |
BRYANA BROWN                                  |
468 PARK BOULEVARD                            |
MARION, OH 43302                              |
                                              |
WILLIAM BRUTCHEY                              |
5806 HARDING HIGHWAY                          |
CALEDONIA, OH 43302                           |
                                              |
JAMES BRUTCHEY                                |
471 SWISS DRIVE                               |
MARION, OH 43302                              |
                                              |
ROGER BRUTCHEY                                |
471 SWISS DRIVE                               |
MARION, OH 43302                              |
                                              |
RON BUCHER                                    |
536 SWISS DRIVE                               |
MARION, OH 43302                              |
                                              |
JORDEN BUCKLAND, A MINOR, BY                  |
AND THROUGH HIS LEGAL                         |
GUARDIAN AND NEXT FRIEND ALAN                 |
BUCKLAND                                      |
330 EISENHOWER AVENUE                         |
MARION, OH 43302                              |
                                              |
ZANDRIA BUCKLAND, A MINOR, BY                 |
AND THROUGH HIS LEGAL                         |
GUARDIAN AND NEXT FRIEND ALAN                 |
BUCKLAND                                      |
330 EISENHOWER AVENUE                         |
MARION, OH 43302                              |
                                              |
                                              |
                                              |
                                              |
                                              |

**ZARRAH BUCKLAND, A MINOR, BY**　　|
**AND THROUGH HIS LEGAL**　　|
**GUARDIAN AND NEXT FRIEND ALAN**　　|
**BUCKLAND**　　|
**330 EISENHOWER AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**ALAN BUCKLAND**　　|
**330 EISENHOWER AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**JEREMY BURT**　　|
**720 KENTUCKY AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**JEREMY BURT**　　|
**765 BELLEFONTAINE AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**RANDY BUSH**　　|
**1034 HENRY STREET**　　|
**MARION, OH 43302**　　|
　　|
**TIFFANY BUTLER**　　|
**321 BELMONT STREET**　　|
**MARION, OH 43302**　　|
　　|
**BRYAN KELLY BUTLER**　　|
**790 MERKLE AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**MELISSA BYRD**　　|
**392 WHITMORE AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**RANDALL BYRD**　　|
**392 WHITMORE AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**FRANCISCO CABALLERO**　　|
**375 WHITMORE AVENUE**　　|
**MARION, OH 43302**　　|
　　|
**DONNY CANTERBURY**　　|
**775 SAVANNAH DRIVE**　　|
**MARION, OH 43302**　　|

**DANNY CANTERBURY**
**823 CONGRESS STREET**
**MARION, OH 43302**

**MARGARET CANTERBURY**
**823 CONGRESS STREET**
**MARION, OH 43302**

**JOSHUA CARDWELD**
**355 MT. VERNON AVENUE, APT. 4**
**MARION, OH 43302**

**KENDRA CARR**
**272 EAST MARK STREET**
**MARION, OH 43302**

**SARAH CARR**
**439 SOUTH PROSPECT ST., APT. B**
**MARION, OH 43302**

**MICHAEL CARTER**
**[CURRENT ADDRESS UNKNOWN]**

**RICHARD CHEVALIER**
**444 GIRARD AVENUE**
**MARION, OH 43302**

**CHRISTINE CHEVALIER**
**588 GIRARD AVENUE**
**MARION, OH 43302**

**RICHARD CHEVALIER**
**588 GIRARD AVENUE**
**MARION, OH 43302**

**KAREN CHEVALIER**
**444 GIRARD AVENUE**
**MARION, OH 43302**

**DELORES CHEVALIER**
**444 GIRARD AVENUE**
**MARION, OH 43302**

**NAOMI CHEVALIER**
**299 DULUTH AVENUE**
**MARION, OH 43302**

8

**JACK CHEVALIER III**                    |
**299 DULUTH AVENUE**                     |
**MARION, OH 43302**                      |
                                          |
**RICHARD CHEVALIER, SR.**                |
**444 GIRARD AVENUE**                     |
**MARION, OH 43302**                      |
                                          |
**DANNY CHILDERS**                        |
**376 OLIVER STREET**                     |
**MARION, OH 43302**                      |
                                          |
**LOGAN CHILDERS**                        |
**376 OLIVER STREET**                     |
**MARION, OH 43302**                      |
                                          |
**SHAWN CHRISTIAN**                       |
**230½ PARK BOULEVARD**                   |
**MARION, OH 43302**                      |
                                          |
**STACY CLARK**                           |
**469 SMITH STREET**                      |
**MARION, OH 43302**                      |
                                          |
**VINCENT D. CLARK**                      |
**469 SMITH STREET**                      |
**MARION, OH 43302**                      |
                                          |
**KATHLEEN CLARK**                        |
**369 PEARL STREET**                      |
**MARION, OH 43302**                      |
                                          |
**DAVID CLARK**                           |
**369 PEARL STREET**                      |
**MARION, OH 43302**                      |
                                          |
**SHELBY CLARK**                          |
**1025 BERMUDA DRIVE**                    |
**MARION, OH 43302**                      |
                                          |
**NIKKI CLARK**                           |
**1025 BERMUDA DRIVE**                    |
**MARION, OH 43302**                      |
                                          |
                                          |
                                          |

9

**MARK COLUMBER**
**356 WATERLOO STREET**
**MARION, OH 43302**

**ALISSA COLUMBER**
**849 DAVIDS STREET**
**MARION, OH 43302**

**EVIN COMBS**
**571 ROCHELLE DRIVE**
**MARION, OH 43302**

**TIM COMBS**
**571 ROCHELLE DRIVE**
**MARION, OH 43302**

**ROBIN COMBS**
**571 ROCHELLE DRIVE**
**MARION, OH 43302**

**MILDRED CONVERSE**
**801 WINDSOR STREET APT. 24**
**MARION, OH 43302**

**HAROLD COOK**
**402 PEARL STREET**
**MARION, OH 43302**

**GLADYS COOK**
**402 PEARL STREET**
**MARION, OH 43302**

**BRENDA COOPER**
**603 POLK STREET**
**MARION, OH 43302**

**RUSSELL CORRELL**
**760 LILAC LANE**
**MATION, OH 43302**

**JOE CORNELIUS**
**489 McKINLEY STREET**
**MARION, OH 43302**

**LAURA CORNELIUS**
**489 McKINLEY STREET**
**MARION, OH 43302**

**COLLEEN CORWIN**
**553 HENRY STREET**
**MARION, OH 43302**

**RONI CREASAP**
**495 SOUTH PROSPECT STREET**
**MARION, OH 43302**

**TOD CREASAP**
**495 SOUTH PROSPECT STREET**
**MARION, OH 43302**

**TAMMY CRISP**
**390 OLNEY AVENUE**
**MARION, OH 43302**

**TONY CRISP**
**390 OLNEY AVENUE**
**MARION, OH 43302**

**ROBERT CUNNINGHAM**
**600 PEARL STREET**
**MARION, OH 43302**

**ROBERT CUNNINGHAM**
**322 EDGEWOOD DRIVE**
**MARION, OH 43302**

**ROBERT CUNNINGHAM**
**291 THEW AVENUE**
**MARION, OH 43302**

**ROBERT CUNNINGHAM**
**248 THEW AVENUE**
**MARION, OH 43302**

**ROBERT CUNNINGHAM**
**375 WHITMORE AVENUE**
**MARION, OH 43302**

**ROBERT CUNNINGHAM**                    |
**1020 RICHLAND TERRACE**                |
**MARION, OH 43302**                     |
                                         |
**CHARLES CUTARELLI**                    |
**134 NORTH GREENVILLE**                 |
**MARION, OH 43302**                     |
                                         |
**DANIEL DAIGNEAU**                      |
**313 UNACAPHER AVENUE**                 |
**MARION, OH 43302**                     |
                                         |
**RHONDA DAIGNEAU**                      |
**313 UNACAPHER AVENUE**                 |
**MARION, OH 43302**                     |
                                         |
**LORA DAVIE**                           |
**481 NASSAU DRIVE**                     |
**MARION, OH 43302**                     |
                                         |
**RUSSELL DAVIS**                        |
**647 MIAMI STREET**                     |
**MARION, OH 43302**                     |
                                         |
**CYNTHIA DEEMER**                       |
**793 CHENEY AVENUE**                    |
**MARION, OH 43302**                     |
                                         |
**MARCUS DEEMER**                        |
**793 CHENEY AVENUE**                    |
**MARION, OH 43302**                     |
                                         |
**SHANE DICKERSON**                      |
**625 DAVIDS STREET**                    |
**MARION, OH 43302**                     |
                                         |
**JESSE DICKERSON**                      |
**790 MERKLE AVENUE**                    |
**MARION, OH 43302**                     |
                                         |
**JEANETTE DICKERSON**                   |
**790 MERKLE AVENUE**                    |
**MARION, OH 43302**                     |
                                         |
                                         |
                                         |

12

DAN DILLINGER | 
398 PEARL STREET | 
MARION, OH 43302 | 
| 
JOANNE DIX-SCOTT | 
375 WHITMORE AVENUE | 
MARION, OH 43302 | 
| 
JOHN DOHERTY | 
60 TANGLEWOOD DRIVE, APT 18 | 
DELAWARE, OH 43015 | 
| 
LAURA DONLEY | 
538 HENRY STREET | 
MARION, OH 43302 | 
| 
VICTORIA DUNN | 
620 HENRY STREET | 
MARION, OH 43302 | 
| 
HEATHER DUNN | 
2946 PLEASANT HILL ROAD | 
MARION, OH 43302 | 
| 
AMANDA DUNN | 
340 EXECUTIVE DRIVE, APT K | 
MARION, OH 43302 | 
| 
BRANDON DUNN | 
620 HENRY STREET | 
MARION, OH 43302 | 
| 
WILLIAM DUNN | 
620 HENRY STREET | 
MARION, OH 43302 | 
| 
KAREN DUTTON | 
559 PEARL STREET | 
MARION, OH 43302 | 
| 
JESSE DUTTON | 
849 DAVIDS STREET | 
MARION, OH 43302 | 
| 
| 
|

**JESSE LEE DUTTON**
**2232 BRUCE ROAD, APT. 87**
**DELAWARE, OH 43105**

**JILL DYKES**
**530 MOUND STREET**
**MARION, OH 43302**

**CRYSTAL EACHES**
**801 WINDSOR STREET, APT. 22**
**MARION, OH 43302**

**SAM EASTERDAY**
**694 GIRARD AVENUE**
**MARION, OH 43302**

**KRISTIN EDENS**
**241 THEW AVENUE**
**MARION, OH 43302**

**JEFFREY EISEMAN**
**1205 HERITAGE LANE**
**MARION, OH 43302**

**MARGARET EISEMAN**
**997 UNDERWOOD SOUTH**
**MARION, OH 43302**

**COLTON EISEMAN**
**1205 HERITAGE LANE**
**MARION, OH 43302**

**KINSEY EISEMAN**
**1205 HERITAGE LANE**
**MARION, OH 43302**

**SUMMER LEE EISEMAN**
**[CURRENT ADDRESS UNKNOWN]**

**ERNEST L. ELKINS**
**423 EXECUTIVE DRIVE**
**MARION, OH 43302**
**CHARLES ELLIOT**
**748 LILAC LANE**
**MARION, OH 43302**

14

**EILEEN ELSASSER**  |
**108 WESTBROOK BLVD., APT. A**  |
**UPPER SANDUSKY, OH 43351**  |
|
**LINDA FELTNER**  |
**452 SAINT GALLEN STREET**  |
**MARION, OH 43302**  |
|
**MICHELE FETTER**  |
**805 UNCAPHER AVENUE**  |
**MARION, OH 43302**  |
|
**BRITTANY FISCHER**  |
**234 MALO DRIVE**  |
**MARION, OH 43302**  |
|
**DALTON FLETCHER**  |
**495 SOUTH PROSPECT STREET**  |
**MARION, OH 43302**  |
|
**JEREMY FOSTER**  |
**921 SOUTH PROSPECT STREET**  |
**MARION, OH 43302**  |
|
**RICHARD FRANKLIN**  |
**334 NORTH GREENWOOD AVENUE,**  |
**APT. C**  |
**MARION, OH 43302**  |
|
**JODI FRAZEE**  |
**799 CHENEY AVENUE**  |
**MARION, OH 43302**  |
|
**DEREK FRAZEE**  |
**799 CHENEY AVENUE**  |
**MARION, OH 43302**  |
|
**GRETA FREEMAN**  |
**520 NASSAU DRIVE**  |
**MARION, OH 43302**  |
|
**MICHAEL FREEMAN**  |
**520 NASSAU DRIVE**  |
**MARION, OH 43302**  |
|
|

15

**DELBERT FREEMAN**
**458 SWISS DRIVE**
**MARION, OH 43302**

**JANET FREEMAN**
**458 SWISS DRIVE**
**MARION, OH 43302**

**JENNIFER FREEMAN**
**520 NASSAU DRIVE**
**MARION, OH 43302**

**JORDAN FREEMAN**
**520 NASSAU DRIVE**
**MARION, OH 43302**

**RODENY FRENCH**
**801 WINDSOR STREET, APT. 10**
**MARION, OH 43302**

**PATTY GALYK**
**1140 PINERIDGE DRIVE**
**MARION, OH 43302**

**MARK GALYK**
**422½ WEST COLUMBIA STREET**
**MARION, OH 43302**

**MARK GALYK, JR., A MINOR, BY**
**AND THROUGH HIS LEGAL**
**GUARDIAN AND NEXT FRIENDS**
**PATTY GALYK AND MARK GALYK**
**422½ WEST COLUMBIA STREET**
**MARION, OH 43302**

**CORY GAMBLE**
**411 EVANS ROAD**
**MARION, OH 43302**

**AMBROSIA GAMBLE**
**883 SHERIDAN ROAD**
**MARION, OH 43302**

16

**CANYON GAMBLE, A MINOR, BY** |
**AND THROUGH HIS LEGAL** |
**GUARDIAN AND NEXT FRIEND** |
**AMBROSIA GAMBLE** |
**883 SHERIDAN ROAD** |
**MARION, OH 43302** |
|
**DAWSON GAMBLE, A MINOR, BY** |
**AND THROUGH HIS LEGAL** |
**GUARDIAN AND NEXT FRIEND** |
**AMBROSIA GAMBLE** |
**883 SHERIDAN ROAD** |
**MARION, OH 43302** |
|
**BRONSON GAMBLE, A MINOR, BY** |
**AND THROUGH HIS LEGAL** |
**GUARDIAN AND NEXT FRIEND** |
**AMBROSIA GAMBLE** |
**883 SHERIDAN ROAD** |
**MARION, OH 43302** |
|
**DAVID GARRISON** |
**227 MALO DRIVE** |
**MARION, OH 43302** |
|
**LINDA GARRISON** |
**227 MALO DRIVE** |
**MARION, OH 43302** |
|
**JIM GATTSHALL** |
**765 BELLEFONTAINE AVENUE** |
**MARION, OH 43302** |
|
**WILLIAM GATTSHALL** |
**765 BELLEFONTAINE AVENUE** |
**MARION, OH 43302** |
|
**HEATHER GATTSHALL** |
**225 SILVER STREET** |
**MARION, OH 43302** |
|
**HEITH GATTSHALL** |
**567 AVONDALE AVENUE** |
**MARION, OH 43302** |
|
|

JOAN GATTSHALL         |
4108 GREEN CAMP-ESSEX ROAD   |
MARION, OH 43302         |
                   |
JOHN GATTSHALL         |
819½ EAST CENTER STREET     |
MARION, OH 43302         |
                   |
PATRICIA GATTSHALL      |
819½ EAST CENTER STREET     |
MARION, OH 43302         |
                   |
LANA GATTSHALL         |
567 AVONDALE AVENUE     |
MARION, OH 43302         |
                   |
PAYSON A. GAY, A MINOR, BY AND |
THROUGH HIS LEGAL GUARDIAN  |
AND NEXT FRIEND DANIELLE    |
MILLER                   |
209 SHARP STREET         |
MARION, OH 43302         |
                   |
RONALD GEKLER         |
789 WINDSOR STREET      |
MARION, OH 43302         |
                   |
CAROL GEKLER          |
789 WINDSOR STREET      |
MARION, OH 43302         |
                   |
TERESA GENDROW        |
760 LILAC LANE          |
MARION, OH 43302         |
                   |
RON L. GILMORE         |
342 OLNEY              |
MARION, OH 43302         |
                   |
DONNA GILMORE        |
342 OLNEY              |
MARION, OH 43302         |
                   |
JESSE GLENN           |
945 SOUTH PROSPECT STREET   |
MARION, OH 43302         |

JAMES GOBLE           |
1066 HENRY STREET    |
MARION, OH 43302     |
                       |

LINDA GOBLE         |
1066 HENRY STREET    |
MARION, OH 43302     |
                       |

KATHLEEN GORENFLO-PIPER  |
365 OLNEY AVENUE     |
MARION, OH 43302     |
                       |

TRACY GRAHAM        |
399 WHITMORE AVENUE  |
MARION, OH 43302     |
                       |

BRYAN GRAHAM       |
4017 PLEASANT HILL RD  |
MARION, OH 43302     |
                       |

BRYAN LEVI GRAHAM   |
498 PEARL STREET     |
MARION, OH 43302     |
                       |

MICHAEL GREENE     |
801 WINDSOR STREET, APT. 31  |
MARION, OH 43302     |
                       |

CHARLES GREGORY    |
105 EAST CENTER STREET  |
NEVADA, OH 44849     |
                       |

RICHARD GRUBB      |
534 DAVIDS STREET    |
MARION, OH 43302     |
                       |

JANET S. GULLETT     |
1119 SOUTH PROSPECT STREET  |
MARION, OH 43302     |
                       |

PHILLIP HALL         |
468 PARK BOULEVARD   |
MARION, OH 43302     |
                       |

JANET HALL                                              |
276 UHLER AVENUE                                        |
MARION, OH 43302                                        |
                                                        |
DAN HALL, SR.                                           |
276 UHLER AVENUE                                        |
MARION, OH 43302                                        |
                                                        |
DAN HALL, JR., A MINOR, BY AND                          |
THROUGH HIS LEGAL GUARDIAN                              |
AND NEXT FRIENDS DAN HALL, SR.                          |
AND JANET HALL                                          |
276 UHLER AVENUE                                        |
MARION, OH 43302                                        |
                                                        |
CHANTELL HALL                                           |
918 DAFFODIL DRIVE                                      |
MARION, OH 43302                                        |
                                                        |
RONALD E. HALL                                          |
918 DAFFODIL DRIVE                                      |
MARION, OH 43302                                        |
                                                        |
COURTNEY HALL                                           |
918 DAFFODIL DRIVE                                      |
MARION, OH 43302                                        |
                                                        |
RONALD HALL, JR                                         |
918 DAFFODIL DRIVE                                      |
MARION, OH 43302                                        |
                                                        |
MIMPSI HAMILTON                                         |
358 MARY STREET                                         |
MARION, OH 43302                                        |
                                                        |
LACIE HAMPTON                                           |
572 HENRY STREET                                        |
MARION, OH 43302                                        |
                                                        |
JERRY HANAHAN                                           |
481 EVANS ROAD                                          |
MARION, OH 43302                                        |
                                                        |
JEANNA HANSHAW                                          |
760 LILAC LANE                                          |
MARION, OH 43302                                        |

**WILLIAM HARDESTI**
**406 LATOURETTE STREET**
**MARION, OH 43302**

**KATHLEEN HARDESTI**
**406 LATOURETTE STREET**
**MARION, OH 43302**

**KATTIE HARMON**
**719 LILAC LANE**
**MARION, OH 43302**

**RYAN HARMON**
**719 LILAC LANE**
**MARION, OH 43302**

**GREGORY HARPER**
**652 BLAINE AVENUE**
**MARION, OH 43302**

**JO HARRIS**
**940 CONGRESS STREET**
**MARION, OH 43302**

**RICHARD HART**
**1055 HENRY STREET**
**MARION, OH 43302**

**DIANA HART**
**1055 HENRY STREET**
**MARION, OH 43302**

**RICHIE AND KENDRA HARTER, JR**
**867 MERKLE AVENUE**
**MARION, OH 43302**

**CHAD HATTEN**
**922 SHERIDAN ROAD**
**MARION, OH 43302**

**JACKIE HATTEN**
**922 SHERIDAN ROAD**
**MARION, OH 43302**

BARRY HAZLETT            |
382 OLNEY AVENUE      |
MARION, OH 43302       |
                                |
TERESA HAZLETT        |
382 ONLEY AVENUE      |
MARION, OH 43302       |
                                |
CAROL HEENAN         |
668 UNCAPHER AVENUE  |
MARION, OH 43302       |
                                |
REBEKAH HELMS        |
536 MOUND STREET      |
MARION, OH 43302       |
                                |
KENNETH HELTON      |
135 MARSH STREET      |
MARION, OH 44332       |
                                |
TAMMY HENDERSON   |
1333 TRECHEL ROAD     |
MARION, OH 43302       |
                                |
TERRY HENDERSON     |
1333 TRECHEL ROAD     |
MARION, OH 43302       |
                                |
BROOK HESSON          |
574 BELLEFONTAINE AVENUE |
MARION, OH 43302       |
                                |
SHILA HICKCOX        |
376 NORTH GREENWOOD  |
MARION, OH 43302       |
                                |
HURLEY HICKS, JR.     |
904 MERKLE AVENUE    |
MARION, OH 43302       |
                                |
JUSTIN HILL            |
3406 POLE LANE ROAD    |
MARION, OH 43302       |

**JEAN HIPSHER** |
**562 COURTLAND AVENUE** |
**MARION, OH 43302** |
|
**EMILY HIPSHER** |
**562 COURTLAND AVENUE** |
**MARION, OH 43302** |
|
**VALORIE HOCH** |
**334 PARK BOULEVARFD** |
**MARION, OH 43302** |
|
**STACY HOCH** |
**4550 DUNBAR ROAD** |
**PROSPECT, OH 43342** |
|
**AARON HODGES** |
**688 WINDSOR STREET** |
**MARION, OH 43302** |
|
**SUMMER HODGES** |
**688 WINDSOR STREET** |
**MARION, OH 43302** |
|
**PAUL HOLCOMB** |
**179 STARK COURT** |
**MARION, OH 43302** |
|
**HAROLD HOLSINGER JR.** |
**889 BENNETT STREET** |
**MARION, OH 43302** |
|
**MARILYN HOLT** |
**801 WINDSOR STREET, APT. 44** |
**MARION, OH 43302** |
|
**CECIL HOLT** |
**336 PARK BOULEVARD** |
**MARION, OH 43302** |
|
**LYNDEE HOLT** |
**743 LILAC LANE** |
**MARION, OH 43302** |
|
|

**BRENDA HOOK**
**358 ROSEWOOD DRIVE**
**MARION, OH 43302**

**LISA HORN**
**569 NORTH STATE STREET**
**MARION, OH 43302**

**EUNICE DEAN HOUGH**
**536 SWISS DRIVE**
**MARION, OH 43302**

**TIMOTHY L. HOUSEWORTH**
**2066 VICTORY ROAD, SUITE 47**
**MARION, OH 43302**

**SASHA HUFFMAN**
**417 WHITMORE AVENUE**
**MARION, OH 43302**

**VELMA HUGHES**
**634 DAVIDS STREET**
**MARION, OH 43302**

**AMY HUNT**
**603 OLNEY AVENUE**
**MARION, OH 43302**

**BEVERLY ISALY**
**706 BLAINE AVENUE**
**MARION, OH 43302**

**TY JACKSON**
**301 JOHNSON STREET**
**MARION, OH 43302**

**JEFFREY JACKSON**
**5 POPPY PLACE**
**MARION, OH 43302**

**JUDY JACKSON**
**5 POPPY PLACE**
**MARION, OH 43302**

**MARTHA JACKSON**                          |
**1215 MERKLE AVENUE**                      |
**MARION, OH 43302**                        |
                                            |
**AMANDA JESSIE**                           |
**645 LEETONIA RD**                         |
**MARION, OH 43302**                        |
                                            |
**KEITH JOHNSON**                           |
**365 OLNEY AVENUE**                        |
**MARION, OH 43302**                        |
                                            |
**GERALDINE JOHNSON**                       |
**748 LILAC LANE**                          |
**MARION, OH 43302**                        |
                                            |
**MICHAEL JOHNSON**                         |
**398 BRIGHTWOOD DRIVE**                    |
**MARION, OH 43302**                        |
                                            |
**LARRY JOHNSON**                           |
**1080 WOODWIND DRIVE**                     |
**TALBOTT, TN 37877**                       |
                                            |
**GEORGIA JOHNSON**                         |
**1080 WOODWIND DRIVE**                     |
**TALBOTT, TN 37877**                       |
                                            |
**KAITLIN JONES**                           |
**510 DARLINGTON COURT**                    |
**MARION, OH 43302**                        |
                                            |
**KYLYNN JONES, A MINOR, BY AND**           |
**THROUGH HER LEGAL GUARDIANS**             |
**AND NEXT FRIENDS MICHAEL**                |
**JONES AND KAITLIN JONES**                 |
**510 DARLINGTON COURT**                    |
**MARION, OH 43302**                        |
                                            |
**DORA JONES**                              |
**801 WINDSOR, APT. 44**                    |
**MARION, OH 43302**                        |
                                            |
**JOSHUA JONES**                            |
**520 NASSAU DRIVE**                        |
**MARION, OH 43302**                        |

**PEGGY JORDAN**
**206 NYE STREET**
**MARION, OH 43302**

**RONALD JORDAN**
**206 NYE STREET**
**MARION, OH 43302**

**SHANIA JORDAN**
**206 NYE SRTEET**
**MARION, OH 43302**

**ROCKY JORDAN I**
**206 NYE STREET**
**MARION, OH 43302**

**ROCKY JORDAN III**
**206 NYE STREET**
**MARION, OH 43302**

**WILLIAM JUSTICE**
**1039 REVERE DRIVE**
**MARION, OH 43302**

**AMY JUSTICE**
**3068 MARION-WALDE ROAD, STE. 11**
**MARION, OH 43302**

**SANDY KECKLER**
**698 UNCAPHER AVENUE**
**MARION, OH 43302**

**ERIC KELLER**
**538 HENRY STREET**
**MARION, OH 43302**

**GREG KELLER**
**802 RICHMOND AVENUE**
**MARION, OH 43302**

**DIANA KELLER**
**802 RICHMOND AVENUE**
**MARION, OH 43302**

**MARK KELLEY**
**444 BLAINE AVENUE**
**MARION, OH 43302**

**STEVE KILGORE**
**767 GILL AVENUE**
**MARION, OH 43302**

**MATTHEW KINCAID**
**811 DAFFODIL DRIVE**
**MARION, OH 43302**

**PENNY KING**
**254 THEW AVENUE**
**MARION, OH 43302**

**TINA KING**
**340 WINDSOR STREET**
**MARION, OH 43302**

**MICHAEL KISSINGER**
**475 CLINTON STREET**
**MARION, OH 43302**

**HARRY KLINE**
**1349 LAKE BOULEVARD**
**MARION, OH 43302**

**BEULAH M. KLINE**
**1204 HERITAGE LANE**
**MARION, OH 43302**

**TIMOTHY KLINE**
**478 SOUTYH MAIN STREET**
**MARION, OH 43302**

**ROCKY L. KLINE**
**1204 HERITAGE LANE**
**MARION, OH 43302**

**AMANDA KLUGH**
**280 McCORMICK STREET**
**LARUE, OH  43332**

27

ALFRED KOEPPEL                    |
1407 SOUTHLAND PARKWAY            |
MARION, OH 43302                  |
                                 |
DAVID KUHLMAN                     |
11639 COUNTY ROAD 179             |
OAKWOOD, OH 43302                 |
                                 |
JACK KYSER, JR.                   |
1099 UNACAPHER AVENUE             |
MARION, OH 43302                  |
                                 |
STACY LANE                        |
1118 WOODBINE AVENUE              |
MARION, OH 43302                  |
                                 |
EMMA LANE, A MINOR, BY AND        |
THROUGH HER LEGAL GUARDIAN        |
AND NEXT FRIEND STACY LANE        |
1118 WOODBINE AVENUE              |
MARION, OH 43302                  |
                                 |
KARIN LANIUS                      |
1046 UNDERWOOD, S.                |
MARION, OH 43302                  |
                                 |
VIRGINIA LEE                      |
358 ROSEWOOD DRIVE                |
MARION, OH 43302                  |
                                 |
DAVID  LEMASTER                   |
782 FILLMORE STREET               |
MARION, OH 43302                  |
                                 |
HOLLY LEMASTER                    |
442½ WEST COLUMBIA STREET         |
MARION, OH 43302                  |
                                 |
PHYLLIS LEMASTER                  |
782 FILLMORE STREET               |
MARION, OH 43302                  |
                                 |
AMBER LESTER                      |
921 SOUTH PROSPECT STREET         |
MARION, OH 43302                  |
                                 |

28

STEVE LEWIS
356 OLNEY AVENUE
MARION, OH 43302

JAMIE LEWIS
276 CLOVER
MARION, OH 43302

DENVER LEWIS, JR.
1061 NATIONAL DRIVE
MARION, OH 43302

LOLA LEWIS
536 MOUND STREET
MARION, OH 43302

GALE LEWIS
536 MOUND STREET
MARION, OH 43302

CATHRYN LINDSAY
743 LILAC LANE
MARION, OH 43302

RYNE LITTLE
571 ROCHELLE DRIVE
MARION, OH 43302

STEVEN LONGBERRY
387 PARK BOULEVARD
MARION, OH 43302

KRISTINA L. LUMBERSON
430 PENNSYLVANNIA AVE., APT. D
MARION, OH 43302

AMANDA MABE
439 SOUTH PROSPECT ST., APT. B
MARION, OH 43302

LANDON MABE
439 SOUTH PROSPECT ST., APT. B
MARION, OH 43302

**MARY C. MACKAN**
**935 DAFFODIL DRIVE**
**MARION, OH 43302**

**TERRI MAHLE**
**480 BLAINE AVENUE**
**MARION, OH 43302**

**ELIZABETH MALONE**
**363 WHITMORE AVENUE**
**MARION, OH 43302**

**WENDELL MALONE**
**363 WHITMORE AVENUE**
**MARION, OH 43302**

**CORY MARKS**
**918 DAFFODIL DRIVE**
**MARION, OH 43302**

**DONALD A. MAYSE**
**801 WINDSOR STREET, APT. 24**
**MARION, OH 43302**

**BUCK MAZE**
**374 THOMPSON STREET**
**MARION, OH 43302**

**KIMBERLY J. MAZE**
**374 THOMPSON STREET**
**MARION, OH 43302**

**JAMES MAZE**
**641 HENRY STREET**
**MARION, OH 43302**

**LINDA MAZE**
**641 HENRY STREET**
**MARION, OH 43302**

**KIMBERLY M. MAZE**
**778 CONGRESS STREET**
**MARION, OH 43302**

**BRANDON McAFEE**
**571 HERROGATE SQUARE**
**PICKERINGTON, OH 43147**

**BRYAN McAFEE**
**571 HERROGATE SQUARE**
**PICKERINGTON, OH 43147**

**ROGER McDANIELS III**
**155 EAST WILSON BRIDGE ROAD**
**WORTHINGTON, OH 43085**

**MOLLY McELDOWNEY**
**536 TOLEDO AVENUE**
**MARION, OH 43302**

**SUE McGOWAN**
**246 ELM STREET**
**MARION, OH 43302**

**MARGART MEADOWS**
**467 EVANS RD**
**MARION, OH 43302**

**LINDA MESSMER**
**801 WINDSOR STREET, APT. 11**
**MARION, OH 43302**

**JOHN MESSMER**
**415 MOUND STREET**
**MARION, OH 43302**

**ROGER METZ**
**208 ESSEX COURT**
**MARION, OH 43302**

**JULIANA M. METZ**
**803 BLAINE AVENUE**
**MARION, OH 43302**

**CHERYL MILLER**
**710 BENNET STREET**
**MARION, OH 43302**

**DANIELLE MILLER**
**209 SHARP STREET**
**MARION, OH 43302**

**LANDON BRICE MILLER, A MINOR,**
**BY AND THROUGH HIS LEGAL**
**GUARDIAN AND NEXT FRIEND**
**DANIELLE MILLER**
**209 SHARP STREET**
**MARION, OH 43302**

**JOEY MILLER**
**710 BENNET STREET**
**MARION, OH 43302**

**MICHELLE MILLER**
**710 BENNET STREET**
**MARION, OH 43302**

**JAMIE MILLER**
**716 DARIUS STREET**
**MARION, OH 43302**

**JAMES MILLER, A MINOR, BY AND**
**THROUGH HIS LEGAL GUARDIAN**
**AND NEXT FRIEND JAMIE MILLER**
**716 DARIUS STREET**
**MARION, OH 43302**

**NORMAN MILLER**
**280 HANE AVENUE**
**MARION, OH 43302**

**TAMMY MILLER**
**613 SUGAR STREET**
**MARION, OH 43302**

**SHAWN MILLER**
**348-1/2 OLNEY AVENUE**
**MARION, OH 43302**

**RICHARD MILLER**
**678 VIRGINIA AVENUE**
**MARION, OH 43302**

32

**DAVID MILLER**
**4550 DUNBAR ROAD**
**PROSPECT, OH 43342**

**DONNA MITCHELL**
**775 CATALINA DRIVE**
**MARION, OH 43302**

**OMAR MITCHELL**
**775 CATALINA DRIVE**
**MARION, OH 43302**

**DOUG MITCHELL**
**769 SAVANNAH DRIVE**
**MARION, OH 43302**

**JUSTIN MOHREN**
**334 N. GREENWOOD AVE., APT. C**
**MARION, OH 43302**

**SHYLA MONAHAN**
**771 CHENEY AVENUE**
**MARION, OH 43302**

**BONITA MONAHAN**
**819 CHENEY AVENUE**
**MARION, OH 43302**

**GLADYS MONTGOMERY**
**745 BELLEFONTAINE AVENUE**
**MARION, OH 43302**

**LARRY MONTGOMERY**
**745 BELLEFONTAINE AVENUE**
**MARION, OH 43302**

**MARILYN MOORE**
**1870 ZWAYER DRIVE, APT. M**
**MARION, OH 43302**

**RAY MOORE**
**1870 ZWAYER DRIVE, APT. M**
**MARION, OH 43302**

**CHEYENNE MORGAN**
**442½ WEST COLUMBIA STREET**
**MARION, OH 43302**

**RALPH B. MORROW**
**1060 UNCAPHER AVENUE**
**MARION, OH 43302**

**LOWELL MUNN**
**393 WHITMORE AVENUE**
**MARION, OH 43302**

**JUDITH MUNN**
**393 WHITMORE AVENUE**
**MARION, OH 43302**

**PHYLLIS MURPHY**
**734 UNCAPHER AVENUE**
**MARION, OH 43302**

**COURTNEY MURPHY**
**1182 HERITAGE LANE**
**MARION, OH 43302**

**JULIE MUSTARD**
**875 SAVANNAH DRIVE**
**MARION, OH 43302**

**KEITH MUSTARD**
**875 SAVANNAH DRIVE**
**MARION, OH 43302**

**WILLIAM MUSTARD**
**875 SAVANNAH DRIVE**
**MARION, OH 43302**

**SHARON NOGGLE**
**369 PEARL STREET**
**MARION, OH 43302**

**KAMIRA NORTON**
**298 CLINTON STREET**
**MARION, OH 43302**

34

**AVERONA NORTON**                |
**298 CLINTON STREET**            |
**MARION, OH 43302**              |
                                  |
**RAYMOND NORTON**                |
**298 CLINTON STREET**            |
**MARION, OH 43302**              |
                                  |
**PAULINE NORTON**                |
**298 CLINTON STREET**            |
**MARION, OH 43302**              |
                                  |
**SHEILA NORTON**                 |
**298 CLINTON STREET**            |
**MARION, OH 43302**              |
                                  |
**RAYMOND NORTON II**             |
**298 CLINTON STREET**            |
**MARION, OH 43302**              |
                                  |
**ELI ONEY**                      |
**820 WOODROW AVENUE**            |
**MARION, OH 43302**              |
                                  |
**WYATT ONEY, A MINOR, BY AND**   |
**THROUGH HIS LEGAL GUARDIAN**    |
**AND NEXT FRIEND ELI ONEY**      |
**820 WOODROW AVENUE**            |
**MARION, OH 43302**              |
                                  |
**EARL ONEY**                     |
**820 WOODROW AVENUE**            |
**MARION, OH 43302**              |
                                  |
**ELI ONEY II, A MINOR, BY AND**  |
**THROUGH HIS LEGAL GUARDIAN**    |
**AND NEXT FRIEND ELI ONEY**      |
**820 WOODROW AVENUE**            |
**MARION, OH 43302**              |
                                  |
**CAROLYN OSKINS**                |
**807 DAFFODIL DRIVE**            |
**MARION, OH 43302**              |
                                  |
                                  |
                                  |

35

**WILLIE OWENS**
**451 SILVER STREET**
**MARION, OH 43302**

**LEAH PARKER**
**708 WILLOWCREST**
**GALION, OH 44833**

**SHINERR PARKER**
**1619 PENWORTH DRIVE**
**COLUMBUS, OH 43229**

**KENNETH FERRAIL PARKER**
**1619 PENWORTH DRIVE**
**COLUMBUS, OH 43229**

**BARBARA PARKER**
**5095 RIVERBIRCH DRIVE**
**COLUMBUS, OH 43229**

**KENNETH PARKER, SR**
**5095 RIVERBIRCH DRIVE**
**COLUMBUS, OH 43229**

**CHRISTY PARKER**
**764 FAIRFIELD STREET**
**MARION, OH 43302**

**LEONARD PARKER**
**764 FAIRFIELD STREET**
**MARION, OH 43302**

**JENNIE PARR**
**767 GILL AVENUE**
**MARION, OH 43302**

**TODD PARR**
**767 GILL AVENUE**
**MARION, OH 43302**

**JADDEN PARR, A MINOR, BY AND**
**THROUGH HIS LEGAL GUARDIANS**
**AND NEXT FRIENDS TODD PARR**
**AND JENNIE PARR**
**767 GILL AVENUE**
**MARION, OH 43302**

36

JESSICA PARSONS      |
1016 BENNETT STREET     |
MARION, OH 43302     |
           |
DELLA PARSONS      |
359 BRADFORD STREET    |
MARION, OH 43302     |
           |
ROGER PARSONS     |
350 BRADFORD STREET    |
MARION, OH 43302     |
           |
WEBB PHILLIPS      |
3068 MARION WALDO ROAD LOT 47 |
MARION, OH 43302     |
           |
JAMES PLOTNER     |
707 BENNETT STREET, APT. 2   |
MARION, OH 43302     |
           |
MARLENE PLOTNER    |
1062 NATIONAL DRIVE     |
MARION, OH 43302     |
           |
CECIL POE         |
255 PEARL STREET     |
MARION, OH 43302     |
           |
BRANDY POTTER     |
1613 SOUTHLAND PARKWAY 1  |
MARION, OH 43302     |
           |
MICHAEL PRICE      |
363 LAFAYETTE STREET    |
MARION, OH 43302     |
           |
SANDRA PRICE      |
363 LAFAYETTE STREET    |
MARION, OH 43302     |
           |
CHLORIS PRICE      |
767 LILAC LANE       |
MARION, OH 43302     |

**RAY PRICE**
**767 LILAC LANE**
**MARION, OH 43302**

**KATRINA PRIESLER**
**872 SOUTH PROSPECT STREET**
**MARION, OH 43302**

**TRINA PRIMMER**
**452 SWISS DRIVE**
**MARION, OH 43302**

**DASIA PRIMMER, A MINOR, BY AND**
**THROUGH HER LEGAL GUARDIAN**
**AND NEXT FRIEND TRINA PRIMMER**
**452 SWISS DRIVE**
**MARION, OH 43302**

**MICHAEL QUICK**
**790 BLAINE AVENUE**
**MARION, OH 43302**

**CHARLOTTE A. QUICK**
**790 BLAINE AVENUE**
**MARION, OH 43302**

**LUETTA QUICK**
**845 BLAINE AVENUE**
**MARION, OH 43302**

**CORY RADEBAUGH**
**787 GILL AVENUE**
**MARION, OH 43302**

**ALYSSA RAYJOR, A MINOR, BY AND**
**THROUGH HER LEGAL GUARDIAN**
**AND NEXT FRIEND SHYLA**
**MONAHAN**
**771 CHENEY AVENUE**
**MARION, OH 43302**

**JENNIFER REAMES**
**795 OAKGROVE AVENUE**
**MARION, OH 43302**

**CHRISTOPHER REED**
**375 WHITMORE AVENUE**
**MARION, OH 43302**

**ALAN REEVE**
**194 WILDWOOD COURT**
**MARION, OH 43302**

**JENNIFER REEVE**
**194 WILDWOOD COURT**
**MARION, OH 43302**

**KAREN REYNOLDS**
**811 DAFFODIL DRIVE**
**MARION, OH 43302**

**KYLIE RIGDON**
**820 WOODROW AVENUE**
**MARION, OH 43302**

**BRANDON RINEHART**
**334 N. GREENWOOD AVE., APT. A**
**MARION, OH 43302**

**ANSON RIVERS**
**570 PEARL STREET**
**MARION, OH 43302**

**PATRICIA RIVERS**
**562 COTTAGE STREET**
**MARION, OH 43302**

**STEPHANIE RIVERS**
**570 PEARL STREET**
**MARION, OH 43302**

**PHILLIP ROBERTS**
**148 McWILLIAMS COURT**
**MARION, OH 43302**

**AUDREY F. ROECKER**
**2269 KILCHURN DRIVE**
**MARION, OH 43302**

**ANTHONY RODGERS, A MINOR, BY** |
**AND THROUGH HIS LEGAL** |
**GUARDIAN AND NEXT FRIEND** |
**STACY LANE** |
**1118 WOODBINE AVENUE** |
**MARION, OH 43302** |
 |
**JEREL ROSE** |
**322 WEST COLUMBIA** |
**MARION, OH 43302** |
 |
**ROBERT ROSE** |
**606 DAVIDS STREET** |
**MARION, OH 43302** |
 |
**RUSSELL ROWLAND** |
**334 COLUMBIA COURT** |
**MARION, OH 43302** |
 |
**RUSTY ROWLAND** |
**334 COLUMBIA COURT** |
**MARION, OH 43302** |
 |
**BRANDI RUSSELL** |
**370 LATOURETTE STREET** |
**MARION, OH 43302** |
 |
**MARY RUSSELL** |
**4088 LYONS ROAD** |
**CALEDONIA, OH 43314** |
 |
**BRIAN RUSSELL** |
**370 LATOURETTE STREET** |
**MARION, OH 43302** |
 |
**JENNIFER RUSSELL** |
**305 MARION AVENUE** |
**MARION, OH 43302** |
 |
**CHARLES RUSSELL** |
**[CURRENT ADDRESS UNKNOWN]** |
 |
**MARY RUSSELL** |
**[CURRENT ADDRESS UNKNOWN]** |
 |
 |

**JAMES RUSSELL** |
**[CURRENT ADDRESS UNKNOWN]** |
 |
**BRIAN RUSSELL, JR.** |
**370 LATOURETTE STREET** |
**MARION, OH 43302** |
 |
**NATHAN RUSSELL, A MINOR, BY** |
**AND THROUGH HIS LEGAL** |
**GUARDIAN AND NEXT FRIEND** |
**HOLLY LEMASTER** |
**422½ WEST COLUMBIA STREET** |
**MARION, OH 43302** |
 |
**TREVOR RUSSELL** |
**422½ WEST COLUMBIA STREET** |
**MARION, OH 43302** |
 |
**TONYA SANDY** |
**4054 GROUND HOGS ROAD** |
**LARUE, OH 43332** |
 |
**TONYA SANDY** |
**774 CHENEY AVENUE** |
**MARION, OH 43302** |
 |
**DENNIS SARGENT** |
**801 UNDERWOOD AVENUE, S.** |
**MARION, OH 43302** |
 |
**JODI SARGENT** |
**801 UNDERWOOD AVENUE, S.** |
**MARION, OH 43302** |
 |
**RITA SARGENT** |
**801 UNDERWOOD AVENUE S** |
**MARION, OH 43302** |
 |
**DESTRY SARGENT** |
**529 MEATHOUSE RD UNIT 1, APT. 1** |
**KIMPER, KY 41539** |
 |
**DENNIS SARGENT, SR.** |
**801 UNDERWOOD AVENUE, S.** |
**MARION, OH 43302** |
 |

41

**PHILLIP SAYLOR**
**1073 NATIONAL DRIVE**
**MARION, OH 43302**

**ROGER SAYRE**
**633 EAST FARMING**
**MARION, OH 43302**

**JANE SCHARF**
**738 GILL AVENUE**
**MARION, OH 43302**

**BELINDA SCHEFF**
**698 NORTH MAIN STREET**
**MARION, OH 43302**

**ADAM SCHEITLER**
**326 OLNEY AVENUE**
**MARION, OH 43302**

**KRYSTAL SCHEITLER**
**326 OLNEY AVENUE**
**MARION, OH 43302**

**JENNIFER SCHENK**
**452 SWISS DRIVE**
**MARION, OH 43302**

**KYLE SCHENK, A MINOR, BY AND**
**THROUGH HIS LEGAL GUARDIAN**
**AND NEXT FRIEND JENNIFER**
**SCHENK**
**452 SWISS DRIVE**
**MARION, OH 43302**

**JACQUELINE SCHENK**
**1235 FAIRWOOD AVENUE**
**MARION, OH 43302**

**BRITTNEY SCHENK, A MINOR, BY**
**AND THROUGH HER LEGAL**
**GUARDIAN AND NEXT FRIEND**
**JACQUELINE SCHENK**
**1235 FAIRWOOD AVENUE**
**MARION, OH 43302**

42

**RICHARD L. SCHWADGRER**                    |
**779 LILAC LANE**                           |
**MARION, OH 43302**                         |
                                             |
**JOANNE SCOTT**                             |
**375 WHITMORE AVENUE**                      |
**MARION, OH 43302**                         |
                                             |
**LAURA SEDLOCK**                            |
**625 DAVIDS STREET**                        |
**MARION, OH 43302**                         |
                                             |
**CHARLES SEDLOCK  III**                     |
**511 McKINLEY STREET**                      |
**MARION, OH 43302**                         |
                                             |
**CARRIE SHARP**                             |
**468 PARK BOUELVARD**                       |
**MARION, OH 43302**                         |
                                             |
**AARON SHAW**                               |
**276 UHLER AVENUE**                         |
**MARION, OH 43302**                         |
                                             |
**MARY SHEPARD**                             |
**1333 TRECHEL RD**                          |
**MARION, OH 43302**                         |
                                             |
**CLYDE SHEPHERD**                           |
**343 OWENS STREET**                         |
**MARION, OH 43302**                         |
                                             |
**REGINA SHEPHERD**                          |
**343 OWENS STREET**                         |
**MARION, OH 43302**                         |
                                             |
**RANDY SHIRK**                              |
**1017 OAK GROVE STREET**                    |
**MARION, OH 43302**                         |
                                             |
**DEBRA SIMPKINS**                           |
**350 LATOURETTE DRIVE**                     |
**MARION, OH 43302**                         |
                                             |
                                             |

JOHN SIMPKINS
350 LATOURETTE DRIVE
MARION, OH 43302

CHARLES SIPES
825 VERNON HEIGHTS BOULEVARD
MARION, OH 43302

DEEDRE SIPES
825 VERNON HEIGHTS BOULEVARD
MARION, OH 43302

SHIRLEY SIPES
825 VERNON HEIGHTS BOULEVARD
MARION, OH 43302

DELTON SIPES
825 VERNON HEIGHTS BOULEVARD
MARION, OH 43302

JOSEPH SKATZES
467 EVANS RD
MARION, OH 43302

JOSEPHINE SLONE
410 OLIVE STREET
MARION, OH 43302

BARBARA SMITH
1060 UNCAPHER AVENUE
MARION, OH 43302

GERALD SMITH
1035 HENRY STREET
MARION, OH 43302

MICHAEL SMITH
1856 GRANDVIEW DRIVE
MARION, OH 43302

SHARON K. SMITH
1856 GRANDVIEW DRIVE
MARION, OH 43302

MARK SMITH                              |
1025 STONEWALL COURT                    |
MARION, OH 43302                        |
                                        |
PATRICIA SMITH                          |
1035 HENRY STREET                       |
MARION, OH 43302                        |
                                        |
BRITTANY SMITH                          |
230½ PARK BOULEVARD                     |
MARION, OH 43302                        |
                                        |
CHARLENE SMYTH                          |
713 BLAINE AVENUE                       |
MARION, OH 43302                        |
                                        |
GREGG SNARE                             |
665 HENRY STREET                        |
MARION, OH 43302                        |
                                        |
MARY SONTAG                             |
811 DAFFODIL DRIVE                      |
MARION, OH 43302                        |
                                        |
STEPHEN SPARKS                          |
618 HENRY STREET                        |
MARION, OH 43302                        |
                                        |
JESSICA SPARKS                          |
618 HENRY STREET                        |
MARION, OH 43302                        |
                                        |
CARL SPURLOCK JR.                       |
445 BELLFOUNTAINE AVENUE                |
MARION, OH 43302                        |
                                        |
CARLA  SPURLOCK                         |
551 NORTH GREENWOOD STREET              |
MARION, OH 43302                        |
                                        |
BETTY JO SPURLOCK-EVANS                 |
445 BELLFOUNTAINE AVENUE                |
MARION, OH 43302                        |
                                        |
                                        |
                                        |

**DENISE STACY** |
**510 DARLINGTON COURT** |
**MARION, OH 43302** |
|
**MICHAEL STACY** |
**510 DARLINGTON COURT** |
**MARION, OH 43302** |
|
**TRACY STACY** |
**230½ PARK BOULEVARD** |
**MARION, OH 43302** |
|
**JOSEPH STACY** |
**230½ PARK BOULEVARD** |
**MARION, OH 43302** |
|
**MICHAEL STACY, II** |
**510 DARLINGTON COURT** |
**MARION, OH 43302** |
|
**STEVEN STACY, JR** |
**230½ PARK BOULEVARD** |
**MARION, OH 43302** |
|
**STEVEN STACY, SR** |
**230½ PARK BOULEVARD** |
**MARION, OH 43302** |
|
**LARRY STARCHER** |
**198 FAIRFAX ROAD** |
**MARION, OH 43302** |
|
**EVAN STEVENS** |
**196½ WEST CENTER STREET** |
**MARION, OH 43302** |
|
**TODD STOFFER** |
**996 REVERE DRIVE** |
**MARION, OH 43302** |
|
**ARNOLD  L. STURGEON** |
**358 MARY STREET** |
**MARION, OH 43302** |
|
|
|

**DONNA SUTHERLAND**                    |
**785 LILAC LANE**                      |
**MARION, OH 43302**                    |
                                        |
**AMANDA SWARTZ**                       |
**882 BELLEFONTAINE AVENUE**            |
**MARION, OH 43302**                    |
                                        |
**STEVE SWARTZ**                        |
**882 BELLEFONTAINE AVENUE**            |
**MARION, OH 43302**                    |
                                        |
**ERICKA TACKETT**                      |
**707 BENNETT STREET, APT. 1**          |
**MARION, OH 43302**                    |
                                        |
**JOSHUA TACKETT**                      |
**707 BENNETT STREET, APT. 3**          |
**MARION, OH 43302**                    |
                                        |
**TERRY TACKETT**                       |
**990 MERKLE AVENUE**                   |
**MARION, OH 43302**                    |
                                        |
**BEVERLY TANNER**                      |
**726 BENNETT STREET**                  |
**MARION, OH 43302**                    |
                                        |
**JUSTIN TANNER**                       |
**568 BELLEFONTAINE AVENUE**            |
**MARION, OH 43302**                    |
                                        |
**TAHITJA TANNER**                      |
**568 BELLEFONTAINE AVENUE**            |
**MARION, OH 43302**                    |
                                        |
**OLIVIA TANNER, A MINOR, BY AND**      |
**THROUGH HER LEGAL GUARDIANS**         |
**AND NEXT FRIENDS JUSTIN TANNER**      |
**AND TAHITJA TANNER**                  |
**568 BELLEFOUNTAIN AVENUE**            |
**MARION, OH 43302**                    |
                                        |
**JAMES TAYLOR**                        |
**707 GIRARD AVENUE**                   |
**MARION, OH 43302**                    |

**AARON TAYLOR**
**1037 OLIVE AVENUE**
**MARION, OH 43302**

**MELISSA TAYLOR**
**774 MERKLE AVENUE**
**MARION, OH 43302**

**CASEY TAYLOR**
**774 MERKLE AVENUE**
**MARION, OH 43302**

**CASEY TAYLOR**
**657 GERARD STREET**
**MARION, OH 43302**

**HAROLD TAYLOR**
**121 SOUTH GRAND AVENUE**
**MARION, OH**

**EMMA TENNAR**
**303 EXECUTIVE DRIVE**
**MARION, OH 43302**

**BRETT TENNAR**
**3100 TOWNSHIP RD 136**
**EDISON, OH 43302**

**JENNIFER TENNAR**
**3100 TOWNSHIP ROAD 136**
**EDISON, OH 43320**

**ROBERT THACKER, JR**
**423 SOUTH PROSPECT STREET**
**MARION, OH 43302**

**DAVID THOMPSON**
**984C OAK GROVE AVENUE**
**MARION, OH 43302**

**TRAVIS THOMPSON**
**1325 TABITHA STREET**
**WHITE PINE, TN 37890**

**ILA THOMPSON**
**1325 TABITHA STREET**
**WHITE PINE, TN 37890**

**JENNIFER THOMPSON**
**176 McKENNA LANE**
**TAZEWELL, TN 37879**

**DANIEL TIERNEY**
**465 SOUTH MAIN STREET, APT. 16**
**MARION, OH 43302**

**JON TIMMONS, A MINOR, BY AND**
**THROUGH HIS LEGAL GUARDIAN**
**AND NEXT FRIEND BETH BOSTIC**
**786 GILL AVENUE**
**MARION, OH 43302**

**MERCEDES TIMMONS, A MINOR, BY**
**AND THROUGH HER LEGAL**
**GUARDIAN AND NEXT FRIEND BETH**
**BOSTIC**
**786 GILL AVENUE**
**MARION, OH 43302**

**RONALD TOLLE**
**837 DAFFODIL**
**MARION, OH 43302**

**PAUL TRENT**
**715 BENNETT STREET**
**MARION, OH 43302**

**PEARL TRENT**
**715 BENNETT STREET**
**MARION, OH 43302**

**HAROLD TRENT**
**302 WILLOW STREET**
**MARION, OH 43302**

**CARLA TRENT**
**6605 MARION AGOSTA ROAD LOT 31**
**MARION, OH 43302**

LEE WAGNER                                              |
2066 VICTORY ROAD LOT 26                                |
MARION, OH 43302                                        |
                                                        |
TAMMY WALKER                                            |
343 PARK BLVD., REAR                                    |
MARION, OH 43302                                        |
                                                        |
PAUL WALTER JR.                                         |
413 CHERRY STREET                                       |
MARION, OH 43302                                        |
                                                        |
MEGAN WARWICK                                           |
1325 TABITHA STREET                                     |
WHITE PINE, TN 37890                                    |
                                                        |
LORI WATERS                                             |
376 OLIVER STREET                                       |
MARION, OH 43302                                        |
                                                        |
KYLE WELCH                                              |
230 PARK BOULEVARD                                      |
MARION, OH 43302                                        |
                                                        |
CAROL WELCH                                             |
230 PARK BOULEVARD                                      |
MARION, OH 43302                                        |
                                                        |
AMYIKA WELLMAN, A MINOR, BY                             |
AND THROUGH HER LEGAL                                   |
GUARDIAN AND NEXT FRIEND                                |
MICHELLE MILLER                                         |
710 BENNETT STREET                                      |
MARION, OH 43302                                        |
                                                        |
SANDRA WELTY                                            |
566 EAST GEORGE  STREET                                 |
MARION, OH 43302                                        |
                                                        |
TIM WELTY                                               |
566 EAST GEORGE STREET                                  |
MARION, OH 43302                                        |
                                                        |
KIMBERLY WESTBROOK                                      |
484 SOUTH PROSPECT STREET                               |
MARION, OH 43302                                        |

JAMES WESTBROOK, JR      |
484 SOUTH PROSPECT STREET      |
MARION, OH 43302      |
      |
JAMES WESTBROOK, SR      |
484 SOUTH PROSPECT STREET      |
MARION, OH 43302      |
      |
JANE WESTON      |
790 LILAC LANE      |
MARION, OH 43302      |
      |
JACQUELINE WHITAKER      |
1084 UNCAPHER AVENUE      |
MARION, OH 43302      |
      |
ASHLEE WHITE      |
269 EAST GEORGE STREET      |
MARION, OH 43302      |
      |
BONNIE WHITE      |
898 DAFFODIL DRIVE      |
MARION, OH 43302      |
      |
JUSTIN WHITE      |
421 EMERSON STREET      |
BUCYRUS, OH 44820      |
      |
KATHY WILLIAMS      |
995 BERMUDA DRIVE      |
MARION, OH 43302      |
      |
LEWIS WILLIAMS      |
945 UNCAPHER      |
MARION, OH 43302      |
      |
OMER WILLIAMS      |
1090 BERMUDA DRIVE      |
MARION, OH 43302      |
      |
APRIL WILLIAMS      |
1090 BERMUDA DRIVE      |
MARION, OH 43302      |
      |
      |
      |

REGINALD WILLIAMS                    |
285 DULUTH AVENUE                    |
MARION, OH 43302                     |
                                     |
NANCY WILLIAMS                       |
441 WHITMORE AVENUE                  |
MARION, OH 43302                     |
                                     |
MIGUEL WILLIAMS                      |
3068 MARION-WALDE RD., APT. 11       |
MARION, OH 43302                     |
                                     |
JAMES WILLS                          |
536 SWISS DRIVE                      |
MARION, OH 43302                     |
                                     |
CAIN WILSON                          |
552 CHERRY STREET                    |
MARION, OH 43302                     |
                                     |
ZOIE WILSON                          |
522 CHERRY STREET                    |
MARION, OH 43302                     |
                                     |
ANGEL WILSON                         |
363 PEARL STREET                     |
MARION, OH 43302                     |
                                     |
RILEIGH WILSON                       |
552 CHERRY STREET                    |
MARION, OH 43302                     |
                                     |
MARK WILSON                          |
552 CHERRY STREET                    |
MARION, OH 43302                     |
                                     |
BRANDI WILSON                        |
552 CHERRY STREET                    |
MARION, OH 43302                     |
                                     |
KENNETH WILSON, JR                   |
987 NORTH STATE STREET               |
MARION, OH 43302                     |
                                     |
                                     |

KANDY WILSON                                  |
1402 SOUTHLAND PARKWAY                        |
MARION, OH 43302                             |
                                             |
DESHAWN WILSON                               |
363 PEARL STREET                            |
MARION, OH 43302                             |
                                             |
MICHAEL WILSON                               |
363 PEARL STREET                            |
MARION, OH 43302                             |
                                             |
COURTNEY WISE                                |
363 EXECUTIVE DRIVE, APT. L                  |
MARION, OH 43302                             |
                                             |
AMBER WOLFE                                  |
820 WOODROW AVENUE                           |
MARION, OH 43302                             |
                                             |
SHAWN WOLFE                                  |
820 WOODROW AVENUE                           |
MARION, OH 43302                             |
                                             |
KEEGAN WOLFE                                 |
820 WOODROW AVENUE                           |
MARION, OH 43302                             |
                                             |
MELINDA WOOD                                 |
849 DAVIDS STREET                            |
MARION, OH 43302                             |
                                             |
SHANNON WYSZYNSKI                            |
333 OLNEY AVENUE                            |
MARION, OH 43302                             |
                                             |
RACHEL YOUNG, A MINOR, BY AND               |
THROUGH HER LEGAL GUARDIAN                    |
AND NEXT FRIEND VELMA HUGHES                  |
634 DAVID STREET                            |
MARION, OH 43302                             |
                                             |
MICHAEL ZALER                                |
4054 GROUND HOG ROAD                         |
MARION, OH 43303                             |
                                             |

BONNIE ZWOLLIE                |
230 PARK BOULEVARD      |
MARION, OH 43302         |
                                   |
           **Plaintiffs,**     |
                                   |
**v.**                                    |
                                   |
**NUCOR STEEL MARION INC.**     |
**912 CHENEY AVENUE**         |
**MARION, OH 43302**         |
                                   |
           **Defendant.**     |
                                   |

## <u>GENERAL ALLEGATIONS APPLICABLE TO ALL CLAIMS</u>

1.     This is an action for money damages arising out of Defendant, Nucor Steel Marion, Inc.'s ("Defendant") contamination of Plaintiffs' properties and persons in Marion, Ohio with hazardous manganese.

2.     Defendant owns and operates a steel manufacturing facility located at 912 Cheney Avenue, Marion, Ohio.

3.     Defendant's business activities include, among other things, running a slag processing operation.

4.     Defendant's slag processing operations have resulted in dangerous levels of manganese being released and entering into, onto and around Plaintiffs' properties, thus contaminating Plaintiffs', soil, vegetation, air, land, and dwellings, thereby causing Plaintiffs to suffer mental anguish and anxiety, fear of contracting illness, damage to their properties and personal finance, loss of use and enjoyment of their residences and destruction of their community.  Plaintiffs seek compensatory and punitive damages, only.

5. Defendant operates an electric arc furnace ("EAF") in the melt shop at its Marion, Ohio Facility ("Facility" or "Property"). The EAF uses electrical energy to melt scrap steel for processing by the continuous castor into steel billets.

6. Upon information and belief, Defendant continuously operates the EAF on a 24/7 basis. As a by-product of its steel manufacturing process, dangerous and ultra-hazardous manganese is released and leaves the Facility and enters into, onto and around Plaintiffs' properties, thus contaminating Plaintiffs' soil, vegetation, air, land, and dwellings, thereby causing Plaintiffs to suffer mental anguish and anxiety, fear of contracting illness, damage to their properties and personal finance, loss of use and enjoyment of their residences and destruction of their community. Plaintiffs seek compensatory and punitive damages, only.

7. Upon information and belief, Defendant (and/or its predecessor in interest) was, and has been, aware of the dangerous and ultra-hazardous release of manganese and failure to contain the same, for years. By its acts, Defendant has allowed the release and/or failure to contain dangerous and ultra-hazardous levels of manganese to worsen at the expense of the private property and economic interests of the Plaintiffs herein. Upon information and belief, the release and transfer of manganese from the Facility into, onto and around Plaintiffs' properties was caused by Defendant's negligent failure to contain the dangerous and ultra-hazardous levels of manganese from leaving the Facility and migrating into, onto and around Plaintiffs' properties.

8. Upon information and belief, Defendant has knowingly and/or recklessly caused manganese contamination throughout the disbursement area, which is depicted via the disbursement map attached hereto as Exhibit A.

9.     Upon information and belief, Defendant has knowingly and/or recklessly failed to contain dangerous and ultra-hazardous levels of manganese within the Facility and prevent the same from migrating into, onto and around Plaintiffs' properties.

10.     Upon information and belief, Defendant has knowingly and/or recklessly and/or negligently failed to warn all persons and property owners within the disbursement area of the release and migration of dangerous and ultra-hazardous levels of manganese onto, into and around Plaintiffs' properties.

11.     Defendant has mislead the property owners negatively affected by its actions/inactions by fraudulently, negligently and/or knowingly suppressing the nature and extent of the manganese migrating off the Facility and the risk of the same to Plaintiffs private property and economic interests.

12.     Plaintiffs' claims are solely based upon Ohio common law and Ohio statutory law, and the duties arising therefrom, owed by Defendant to Plaintiffs, and are specifically not based upon any failure and/or violation by Defendant to conform and/or comply with any permits and/or licensing and/or emission standards as regulated by federal, state or local law and/or by any federal, state or local governmental agency.

13.     Plaintiffs' Complaint affirmatively seeks only compensatory damages for alleged acts of Defendant which occurred in the past; said acts are completed in the past. Plaintiffs seek no recovery for any future acts of Defendant, or any future or injunctive relief of any kind.

## **PARTIES, JURISDICTION AND VENUE**

14.     Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

15. All Plaintiffs named herein, and as will be identified via amendment, are and/or have been, at all relevant times, citizens and residents of Marion County, Ohio, who reside, resided and/or own or owned real property in the vicinity of the Facility, and whose person and/or property was exposed to dangerous and ultra-hazardous levels of manganese as a result of Defendant's negligent failure to contain the dangerous and ultra-hazardous levels of manganese from leaving the Facility and migrating into, onto and around Plaintiffs' properties.

16. Defendant is a corporation organized and existing under the laws of the state of Delaware, and is licensed to do business in Ohio as a foreign corporation.

17. This Court has personal jurisdiction over Defendant, because Defendant's principal place of business and headquarters that serves as Defendant's "nerve center," where Defendant's officers direct, control and coordinate Defendant's activities, is Marion County, Ohio. *See*, *Hertz v. Friend*, 130 S. Ct. 1181, 175 L. Ed. 2d 1029 (2010). Further, Defendant systematically and continuously does business in Marion County, Ohio, and Defendant's wrongful acts alleged herein were committed in Marion County, Ohio.

18. The Court has original jurisdiction over this action pursuant to R.C. 2305.01, inasmuch as this is a civil action in which the amount in controversy exceeds $25,000.00.

19. Venue is proper in this Court pursuant to Ohio Civ.R. 3, inasmuch as Defendant conducted the activity giving rise to the claims for relief in Marion County, Ohio, and Defendant's principal place of business, as alleged above, is in Marion County, Ohio.

## COUNT I
## Trespass

20. Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

21.     At all times mentioned in this complaint, Plaintiffs are 1) the owners; 2) in possession; or 3) acquired a right of action by assignment from his or her grantor against the trespasser of certain real property within the City of Marion, Marion County, Ohio, as more particularly described above.

22.     The migration of manganese on, into, under, and around Plaintiffs' properties caused by Defendant's actions and/or inactions has resulted in a contamination and trespass to Plaintiffs' properties for which Defendant is responsible.

23.     The presence of the dangerous and ultra-hazardous manganese on Plaintiffs' properties is unauthorized.

24.     Defendant has neither sought nor obtained Plaintiffs' consent to store its dangerous and ultra-hazardous manganese on Plaintiffs' properties.

25.     By reason of the trespass, Plaintiffs are entitled to recover damages for the following, including, but not limited to: 1) the loss of use and enjoyment of property; 2) the loss of use of the groundwater; 3) the diminution of value of property; 4) restoration and remediation costs; and 5) consequential and incidental damages.

26.     Defendant's trespass and unlawful intrusion upon Plaintiffs' properties is the proximate cause of Plaintiffs' sustained injuries and damages.  Due to Defendant's intentional, or willful and wanton conduct, Plaintiffs seek punitive damages.

**WHEREFORE,** as a direct and proximate result of Defendant's trespass, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper.  Plaintiffs demand trial by jury on all issues so triable.

## COUNT II
## Private Nuisance

27.     Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

28.     At all times mentioned in this complaint, Plaintiffs were or still are 1) the owners; 2) in possession; or 3) acquired a right of action by assignment from his or her grantor against the trespasser of certain real property within the City of Marion, Marion County, Ohio, as more particularly described above.

29.     Defendant's actions in causing the migration of manganese on, into, under and around Plaintiffs' properties have invaded Plaintiffs' interests in the private use and enjoyment of their land thereby resulting in a private nuisance for which Defendant is responsible.

30.     The nuisance created by Defendant is a direct result of the negligence outlined below. As a result of Defendant's actions, Plaintiffs have suffered annoyance, inconvenience, fear, anxiety and discomfort arising from the nuisance created by Defendant.

31.     By reason of the nuisance, Plaintiffs are entitled to recover damages for the following, including, but not limited to: 1) the loss of use and enjoyment of property; 2) the loss of use of the groundwater; 3) the diminution of value of property; 4) restoration and remediation costs; and 5) consequential and incidental damages.

32.     Defendant's private nuisance is the proximate cause of Plaintiffs' sustained injuries and damages.  Due to Defendant's intentional, or willful and wanton conduct, Plaintiffs seek punitive damages.

**WHEREFORE,** as a direct and proximate result of Defendant's creation of a private nuisance, Plaintiffs demand judgment against Defendant for damages in a sum within the

jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper. Plaintiffs demand trial by jury on all issues so triable.

## COUNT III
### Negligence

33.     Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

34.     Defendant owed a duty of reasonable care to Plaintiffs to ensure that the operation and management of its business was performed in a manner to contain the dangerous levels of manganese from leaving the Facility and migrating into, onto and around Plaintiffs' properties.

35.     Defendant breached this duty by: (1) allowing hazardous and dangerous levels of manganese to leave the Property and migrate into, onto and around Plaintiffs' properties, thus resulting in contamination, in and around Plaintiffs' properties; (2) failing to adequately warn Plaintiffs of the nature and extent of contamination; and (3) failing to warn Plaintiffs that such contaminants would travel on, into, under and around Plaintiffs' properties.

36.     As a result of this breach, and as a direct and proximate result of Defendant's negligence or willfulness, Plaintiffs have been deprived of the use and benefit of their properties, and have suffered economic and non-economic harm therefrom.

37.     By reason of the Defendant's conduct, Plaintiffs are entitled to recover damages for the following, including, but not limited to: 1) the loss of use and enjoyment of property; 2) the loss of use of the groundwater; 3) the diminution of value of property; 4) restoration and remediation costs; and 5) consequential and incidental damages.

**WHEREFORE,** as a direct and proximate result of Defendant's negligence, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this

court, together with costs of suit, and such further relief as the court deems proper.  Plaintiffs demand trial by jury on all issues so triable.

## COUNT IV
## Intentional Fraudulent Concealment

38.     Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

39.     Defendant, at all times material hereto, acted through its officers, employees, and agents, who in turn acted in the scope of their authority and employment in furtherance of the Defendant's businesses.

40.     Defendant had an affirmative duty to warn and/or disclose to Plaintiffs material facts concerning the nature, extent, magnitude, and effects of the exposure of Plaintiffs to the hazardous manganese released from the Facility and that migrated onto, into and around Plaintiffs' properties.

41.     However, Defendant breached said duty by intentionally concealing and/or failing to disclose to Plaintiffs material facts concerning the nature, extent, magnitude, and effects of the exposure to Plaintiffs to hazardous manganese released from the Facility and that migrated onto, into and around Plaintiffs' properties, all to Plaintiffs detriment.

42.     At all relevant times Defendant caused injury and damages to Plaintiffs through acts and omissions actuated by malice and/or accompanied by a wanton and willful disregard of persons who foreseeably might be harmed by such acts or omissions.

43.     Defendant concealed such information.  Defendant knew that Plaintiffs and/or properties in and around the Facility would be exposed to hazardous manganese.

44.     Defendant knew and understood that its concealment of such information would subject Plaintiffs and/or their properties exposure to hazardous manganese.

61

45.     If the Plaintiffs who are/were residents of Marion, Ohio had known the information concealed by Defendant, Plaintiffs would not have consented to being exposed to hazardous and dangerous levels of manganese.

46.     Plaintiffs reasonably believed that the groundwater, air, soil, and natural resources in and around the Facility and their surrounding community did not pose any potential health and/or property hazard, and thus reasonably relied upon said belief in refraining, until the present, from seeking redress or taking precautions.

47.     As a direct and proximate result of Defendant's misconduct as set forth herein, Plaintiffs have suffered severe emotional distress and economic losses.

**WHEREFORE**, as a direct and proximate result of Defendant's intentional, fraudulent concealment, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper.  Plaintiffs demand trial by jury on all issues so triable.

## COUNT V
## Constructive Fraud (Negligent Fraudulent Concealment)

48.     Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

49.     As one of the largest businesses and community leaders in the City of Marion, Ohio, Defendant has a special fiduciary relationship of trust and well-being to the Plaintiffs whose properties surround the Facility, and which have been negatively impacted by Defendant's actions and/or inactions.

50.     Defendant misrepresented to Plaintiffs material facts concerning the nature, extent, magnitude, and effects of the exposure of Plaintiffs to the hazardous manganese released from the Facility and that migrated onto, into and around Plaintiffs' properties.

51.     Defendant had an affirmative duty to disclose to Plaintiffs, and not conceal, the nature, extent, magnitude, and effects of the exposure of Plaintiffs to the hazardous manganese released from the Facility and that migrated onto, into and around Plaintiffs' the Facility.

52.     By failing to disclose and/or concealing the nature, extent, magnitude, and effects of Plaintiffs' exposure to hazardous manganese released from the Facility and that migrated onto, into and around Plaintiffs' the Facility, Defendant breached a legal and/or equitable duty owed to Plaintiffs.

53.     This breach, irrespective of moral guilt of the fraud, is fraudulent nonetheless, because of its tendency to deceive others, to violate public and/or private confidence, and/or to injure public interests.

54.      Constructive fraud does not require proof of fraudulent intent, as the law indulges in an assumption of fraud for the protection of valuable social interests based upon an enforced concept of confidence, both public and private.

55.     As a direct and proximate result of Defendant's misconduct as set forth herein, Plaintiffs have suffered and continue to suffer severe emotional distress, economic losses (such as the loss of value to their property).

**WHEREFORE,** as a direct and proximate result of Defendant's constructive fraud, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper. Plaintiffs demand trial by jury on all issues so triable.

## COUNT VI
## Negligent Misrepresentation

56.     Plaintiffs incorporate herein by reference the allegations set forth in each paragraph above as if fully restated herein.

57.     Defendant, at all times material hereto, acted through its officers, employees, and agents, who in turn acted in the scope of their authority and employment in furtherance of the Defendant's businesses.

58.     Defendant, negligently concealed and/or failed to disclose to Plaintiffs material facts concerning the nature, extent, magnitude, and effects of the exposure of Plaintiffs and/or their properties, to the hazardous and dangerous levels of manganese released from the Facility and migrating into, onto and around Plaintiffs' properties.

59.     At the time Defendant concealed such information, Defendant knew and/or reasonably should have known that Plaintiffs and/or properties in and around the Facility and the surrounding environment would be exposed to dangerous levels of manganese.

60.     Defendant knew and understood and/or reasonably should have known that its negligent concealment of such information would subject Plaintiffs to exposure to hazardous dangerous levels of manganese indefinitely, and up to and including today.

61.     If the Plaintiffs who are/were residents of Marion, Ohio and the surrounding community, had known the information concealed by Defendant, Plaintiffs would not have consented to being exposed to hazardous dangerous levels of manganese.

62.     Plaintiffs reasonably believed that the groundwater, air, soil, and natural resources in and around the Facility and their surrounding community did not pose any potential health and/or property hazard, and thus reasonably relied upon said belief in refraining, until the present, from seeking redress or taking precautions.

63.     As a direct and proximate result of Defendant's misconduct as set forth herein, Plaintiffs have suffered and continue to suffer severe emotional distress, economic losses (such as costs of the loss of value to their property), and other damages.

**WHEREFORE,** as a direct and proximate result of Defendant's negligent misrepresentation, Plaintiffs demand judgment against Defendant for damages in a sum within the jurisdictional limits of this court, together with costs of suit, and such further relief as the court deems proper. Plaintiffs demand trial by jury on all issues so triable.

<u>**JURY TRIAL DEMAND AND PRAYER FOR RELIEF**</u>

**WHEREFORE,** Plaintiffs request that the Court enter an order or judgment against Defendant as follows:

A.      awarding each Plaintiff compensatory damages in excess of $25,000.00, as established by proof at trial.

B.      awarding prejudgment and post-judgment interest as provided by law;

C.      awarding reasonable attorney fees;

D.      awarding punitive and exemplary damages; and

E.      such other relief as this Court deems necessary, just and proper.

<u>**DEMAND FOR JURY TRIAL**</u>

Plaintiffs demand a trial by jury as to all claims so triable in this action.

Respectfully submitted,

/s/ Thomas J. Connick
Thomas J. Connick (0070527)
DUBYAK CONNICK SAMMON THOMPSON &
BLOOM LLC
3401 Enterprise Parkway, Suite 205
Cleveland OH 44122
PH: 216-364-0500 | FX: 216-364-0505
Email: tconnick@dctblaw.com

Edward W. Cochran (0032942)
20030 Marchmont Road
Shaker Heights OH 44122
PH: 216-751-5546
Email: edwardcochran@wowway.com


Michael R. Blumenthal (0041200)
WAXMAN BLUMENTHAL LLC
Eton Tower
28601 Chagrin Boulevard, Suite 500
Cleveland, OH 44122
PH: 216-514-9400 | FX: 877-468-7077
Email: mblumenthal@waxmanblumenthal.com


David B. Waxman  (0034590)
WAXMAN BLUMENTHAL LLC
Eton Tower
28601 Chagrin Boulevard, Suite 500
Cleveland, OH 44122
PH: 216-502-4685 | FX: 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
Email: DavidWaxman@WaxmanBlumenthal.com

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on this 26st day of February, 2013, Plaintiffs' First Amended Complaint with Jury Demand Endorsed Hereon is being electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/ Thomas J. Connick

Thomas J. Connick (0070527